**DENY; and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00700-CV
### No. 05-15-00701-CV
### No. 05-15-00702-CV

### IN RE WILLIAM RUSSELL DENVER, Relator

### Original Proceeding from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-62195, F12-62196, F14-00186

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Whitehill

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to rule on his *pro se* "Motion to Show Cause" and "Motion to Dismiss with Prejudice Due to Prosecutorial Misconduct." To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel. Weeks,* 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). Relator is represented by counsel. He is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981). As a consequence, the trial court has no ministerial duty to rule on any *pro se* motions he has presented. *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007).

We deny the petition for writ of mandamus.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

150700F.P05